No. 84–1015.   GOODSON *v.* UNITED STATES.   Ct. Mil. App. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *Illinois,* 469 U. S. 91 (1984).

No. 84–1208.   MURR *v.* TENNESSEE BOARD OF LAW EXAMINERS.   Sup. Ct. Tenn.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Supreme Court of New Hampshire* v. *Piper,* 470 U. S. 274 (1985).

No. — – ——.   AFFLERBACH ET AL. *v.* UNITED STATES.   Motion to direct the Clerk to file a petition for writ of certiorari in typewritten form not in compliance with the Rules of this Court denied.

No. — – ——.   DAVIS ET AL. *v.* AMOCO OIL CO. ET AL.   Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–791.   HOLDERMAN *v.* UNITED STATES (No. 84–1637); and HOLDERMAN *v.* UNITED STATES (No. 84–1638).   C. A. 2d Cir.   Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–473.   IN RE DISBARMENT OF HUTCHINS.   Disbarment entered.   [For earlier order herein, see 469 U. S. 1202.]

No. D–474.   IN RE DISBARMENT OF KOZEL.   William Thomas Kozel, of Santa Maria, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on February 19, 1985 [469 U. S. 1202], is hereby discharged.

No. D–490.   IN RE DISBARMENT OF HOLTZMAN.   It is ordered that Frank E. Holtzman, of Southfield, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable